Jose Alfredo **RODRIGUEZ–PEREZ**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General**, Respondent.

No. 09–71071.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 16, 2011.

Keli M. Reynolds, Los Angeles, CA, for Petitioner.

Cindy S. Ferrier, Senior Litigation Counsel, OIL, Michelle Gorden Latour, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of The District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Jose Alfredo Rodriguez–Perez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Rodriguez–Perez's motion to reopen as untimely because it was filed over 90 days after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and because Rodriguez–Perez failed to establish the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.